■ In the Matter of the Adoption of ZALKIND T. and Another, Infants. MATTHEW G. YEAGER, Appellant. [33 NYS3d 734]—

Order, Surrogate's Court, Bronx County (Nelida Malave-Gonzalez, S.), entered on or about September 18, 2014, which denied petitioner's petition for access to sealed adoption records, unanimously affirmed, without costs.

Although all of the parties to the adoption are deceased and notice of the petition was not sent to any known or unknown descendants, the Surrogate's Court properly denied the petition, since petitioner failed to show "good cause" for unsealing the adoption records (Domestic Relations Law § 114 [2]; *Matter of Linda F. M.*, 52 NY2d 236, 240 [1981], *appeal dismissed* 454 US 806 [1981]).

We have considered petitioner's remaining contentions, including his argument that Domestic Relations Law § 114 (2) should not apply to his petition, and find them unavailing. Concur—Mazzarelli, J.P., Renwick, Moskowitz, Gische and Gesmer, JJ.